FILED

03/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0416

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0416

_____

DAVID E. STALOWY and
JACQUELINE A. STALOWY,

       Plaintiffs and Appellants,

  v.

FLATHEAD CONSERVATION DISTRICT,

       Defendant and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Amy Eddy, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 4 2020